1  **JONATHAN A. MALEK, SBN 235125**
    Email: jonathan@anayalawgroup.com
2  **ANAYA LAW GROUP**
    2629 Townsgate Road Suite 140
3  Westlake Village, CA 91361
    Tel: (805)230-9222
4  Fax: (805)230-9221

5  Attorneys for Defendants,
    LOS ANGELES FEDERAL CREDIT UNION, ANAYA LAW GROUP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEL A. AFEWERKI, | CASE NO. 2:14-cv-07132 RGK (JPRx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| ANAYA LAW GROUP AND LOS ANGELES FEDERAL CREDIT UNION, | |
| Defendants. | |

/ / /

/ / /

/ / /

Following review of the parties' Cross-Motions for Summary Judgment taken under submission before this Court, the Honorable R. Gary Klausner, United States District Judge presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, for the reasons stated in this Court's minute order dated August 11, 2015 (Docket No. 49), **IT IS THEREFORE ORDERED AND ADJUDGED**:

    1)    Plaintiff Robel A. Afewerki takes nothing on his First Amended Complaint, and that this action is dismissed on the merits.

    2)    Defendants Anaya Law Group and Los Angeles Federal Credit Union may recover costs and attorneys' fees as provided by law.

DATED: August 14, 2015    _____
                                      Honorable R. Gary Klausner
                                      Judge of the United States District Court