JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robel A. Afewerki,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Anaya Law Group and Los Angeles Federal Credit Union,<br><br>　　　　　Defendants. | **Case No: 2:14-cv-7132 RGK (SHX)**<br><br>**[~~Proposed~~] Order regarding Plaintiff's Notice of Acceptance of offer of Judgment Pursuant to rule 68** |

　　On September 8, 2017, Defendant Anaya Law Group ("Defendant") made an Offer of Judgment to Plaintiff Robel A. Afewerki. ("Plaintiff"). Thereafter, Plaintiff accepted said Offer on September 21, 2017.

　　Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Judgment is entered in favor of Plaintiff Robel A. Afewerki against Defendant Anaya Law Group, pursuant to Fed. R. Civ. P. Rule 68;

2. Said Judgment shall be for the sum of $1001.00 (one thousand and one dollars and zero cents) for the action pending in Case No.: 2:14-cv-7132 RGK (SHx);and

///

3. Plaintiff's attorneys' fees and costs are to be determined by the Court.

IT IS SO ORDERED.

Dated: September 25, 2017

_____
Hon. R. Gary Klausner
U.S. District Court Judge